IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MIGUEL INIGUEZ,                                              No. 2:17-cv-01513-SB

                 Plaintiff,                           ORDER

       v.

CORRECTIONAL OFFICER
JERRAD TEMPLIN,

                 Defendant.

HERNÁNDEZ, District Judge:

       Magistrate Judge Beckerman issued a Findings and Recommendation [35] on January 11, 2019, in which she recommends that the Court deny Defendant's Motion for Summary Judgment [26] and deny Plaintiff's Motion to Dismiss Defendant's Motion for Summary Judgment [32] as moot. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court adopts Magistrate Judge Beckerman's Findings and Recommendation [35]. Accordingly, Defendant's Motion for Summary Judgment [26] is denied and Plaintiff's Motion to Dismiss Defendant's Motion for Summary Judgment [32] is denied as moot.

IT IS SO ORDERED.

DATED this 3 day of Feb, 2019.

*Marco Hernandez*
MARCO A. HERNÁNDEZ
United States District Judge