IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MIGUEL A. INIGUEZ,

        Plaintiff,

v.

CORRECTIONAL OFFICER JERRAD TEMPLIN,

        Defendant.

No. 2:17-cv-01513-SB

ORDER

HERNANDEZ, District Judge:

Magistrate Judge Beckerman issued a Findings and Recommendation (#46) on November 4, 2019, in which she recommends that this Court dismiss Plaintiff's Complaint without prejudice for failure to exhaust administrative remedies. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's

report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings & Recommendation [46]. Accordingly, Plaintiff's Complaint [2] is dismissed for failure to exhaust administrative remedies.

IT IS SO ORDERED.

DATED    December 15, 2019    .

*Marco Hernández*
MARCO A. HERNANDEZ
United States District Judge